**O**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY GUEVARA, | ) | CASE NO. SA CV 13-01557 JFW (RZ) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| RON BARNES, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of JOHNNY GUEVARA, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 29, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE